EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii

DERRICK K. WATSON (Cal. Bar No. 154427)
Assistant U.S. Attorney
300 Ala Moana Boulevard
PJKK Federal Building, Room 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  derrick.watson@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| KIMBERLEE FELICIANO, Individually and as Personal Representative of the Estate of KAEDEN FELICIANO, Deceased; AND BRYAN FELICIANO,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | CIVIL NO. 07-00494 ACK BMK<br><br>STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE |

Pursuant to Fed.R.Civ.P. 41(a)(1), and consistent with Paragraph 8 of the parties' December 2008 Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. §2677, IT IS HEREBY

STIPULATED by and between the parties hereto, through their respective counsel, that this matter and all claims asserted herein, be dismissed with prejudice as to Defendant United States of America, all parties to bear their own fees and costs.

Dated: February 24, 2009

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Derrick K. Watson

By: _____

DERRICK K. WATSON
Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

Dated: February 24, 2009

LAW OFFICES OF IAN MATTOCH

/s/ Ian Mattoch for

By: _____

STUART M. KODISH

Attorneys for Plaintiffs

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, February 25, 2009.



_____
Alan C. Kay
Sr. United States District Judge

Kimberlee Feliciano, et. al. v. USA; Civil No. 07-00494 ACK BMK; Stipulation and Order Re: Dismissal With Prejudice